UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| In re: | Case No. 19-00577-WLH7 |
|---|---|
| **SOLFERINO HOMES, INC.,** | Chapter 7 |
| Debtor(s). | **ORDER GRANTING CHAPTER 7 TRUSTEE'S OBJECTION TO THE CLAIM OF BLAIR BUILDERS, LLC (CLAIM NO. 43-1)** |

This matter having come before the court upon the Chapter 7 Trustee's *Objection to the Claim of Blair Builders, LLC (Claim No. 43-1)* (ECF No. 124), and the court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and has authority to enter this final order; and having found that notice was provided to claimant and parties in interest, with service being accomplished electronically and by U.S. Mail as evidenced by the Certificate of Service, and no objections having been filed or served; and the court having determined the legal and factual bases set forth in the *Objection to the Claim of Blair Buiders, LLC (Claim No. 43-1)* and the

ORDER RE CHAPTER 7 TRUSTEE'S OBJECTION
TO PROOF OF CLAIM NO. 43-1      – 1

MUNDING, P.S.
309 E FARWELL RD., STE 310
SPOKANE, WA 99218
(509) 590-3849

19-00577-WLH7    Doc 148    Filed 02/16/23    Entered 02/16/23 13:30:03    Pg 1 of 2

supporting *Declaration of Trustee Munding* (ECF No. 138) establish just cause for the relief granted herein:

**IT IS HEREBY ORDERED:**

1. The relief requested and identified within the Objection to the Claim of Blair Builders, LLC is hereby **GRANTED** and the Trustee's objections are **SUSTAINED.**

2. Proof of Claim No. 43-1, as filed by claimant Blair Builders, LLC in the amount of $33,257.00 as a secured and unsecured claim is reduced by the stated secured amount of $29,327.26. Proof of Claim No. 43-1 is allowed as a general unsecured claim in the amount of $3,929.75.

3. The Trustee and the Clerk of the Court are authorized to take such necessary steps as may be necessary or appropriate to implement and effectuate the relief granted, including amendment and update of the Claims Registry.

4. The court shall retain exclusive jurisdiction and power over all affected parties with respect to any matters, claims or rights related to implementation of this Order.

/// end of order ///

MUNDING, P.S.
*/s/ John D. Munding*
John D. Munding, WSBA No. 21734
Attorney for Chapter 7 Trustee

ORDER RE CHAPTER 7 TRUSTEE'S OBJECTION
TO PROOF OF CLAIM NO. 43-1 — 2

MUNDING, P.S.
309 E FARWELL RD., STE 310
SPOKANE, WA 99218
(509) 590-3849

19-00577-WLH7    Doc 148    Filed 02/16/23    Entered 02/16/23 13:30:03    Pg 2 of 2