# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 19-00577  
**Case Name:** SOLFERINO HOMES, INC.  

**For Period Ending:** 03/31/2023

**Trustee Name:** (670040) John D. Munding  
**Date Filed (f) or Converted (c):** 03/13/2019 (f)  
**§ 341(a) Meeting Date:** 04/30/2019  
**Claims Bar Date:** 09/11/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2 Desks, 4 Filing Cabinets and miscellaneous office supplies. | 500.00 | 500.00 | | 0.00 | FA |
| 2 | 2007 Chevrolet Siverado VIN Ending: 560757 Mileage: 155,000. | 8,500.00 | 0.00 | | 0.00 | FA |
| 3 | 2014 Big Tx Dump Trailer VIN Ending: 048593. | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 4 | 2002 Utility Trailer VIN Ending: 011198. | 500.00 | 500.00 | | 0.00 | FA |
| 5* | Vacant Lots Columbia River Road Pasco, WA 99301, Fee simple (See Footnote) | 450,000.00 | 187,956.39 | | 615,000.00 | FA |
| 6* | 508 Fererra Lane Richland, WA 99352 (See Footnote) | 200,000.00 | 104,927.15 | OA | 0.00 | FA |
| 7 | 556 Camy Street Richland, WA 99352 | 280,000.00 | 123,824.22 | | 408,000.00 | FA |
| 8 | 1632 Genoa Lane Richland, WA 99352 | 175,000.00 | 76,938.23 | | 226,000.00 | FA |
| 9 | Preferential Transfer pre-petition - 1419 Meadow Hills, Richland<br>Property address was not specifically listed in schedules but transfer was listed in SOFA. Preferential transfer of ownership pre-petition. | Unknown | 45,000.00 | | 41,160.04 | FA |
| 9 | **Assets Totals (Excluding unknown values)** | **$1,116,000.00** | **$541,145.99** | | **$1,290,160.04** | **$0.00** |

RE PROP# 5     PSA abandoned by Order #40 9/23/19

RE PROP# 6     Abandoned per Order ECF No 29

19-00577-WLH7     Doc 157     Filed 04/26/23     Entered 04/26/23 23:26:55     Pg 1 of 9

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case No.:** 19-00577 | **Trustee Name:** (670040) John D. Munding |
| **Case Name:** SOLFERINO HOMES, INC. | **Date Filed (f) or Converted (c):** 03/13/2019 (f) |
| | **§ 341(a) Meeting Date:** 04/30/2019 |
| **For Period Ending:** 03/31/2023 | **Claims Bar Date:** 09/11/2019 |

**Major Activities Affecting Case Closing:**

4/30/19 - Meeting held, continued to a date to be determined. Trustee needs to coordinate with OUST as to date, location and time.
5/15/19 - Application to Employ JDM as attorney for the Trustee, $375/hr, Order uploaded
5/17/19 - Notice of Cont. 341 Meeting of Creditors, continued to June 11, 2019 at 10:00 am, Richland
5/20/19 - Order Approving Employment, ECF No 17
6/12/19 - POC deadline is Sept 11, 2019, for government agencies Sept 9, 2019
6/17/19 - Order Granting Mtn for Relief From Stay (Cyan Funding LLC, re: 508 Ferrara Parkway, Richland, WA 99352, Order ECF No 29)
8/20/19 - Motion for Relief From Stay (ECF No 33, Greg Bowers for Pomona Properties & Investments LLC)
10/15/19 - Funds received in the amount of $15,000, refund of earnest money re Moon transaction
2/8/20- Motion To Approve Settlement and Notice, re 1419 Meadows Hill Dr, Richland WA, mailed to MML, obj by 3/3/20
3/5/20 - Order uploaded re Motion ECF No 41, #34696
3/12/20 - Order Granting Trustee's Motion to Approve Settlement (ECF No 46)
4/27/20 - Application to Approve Employment of Accountant, ECF No. 47, order uploaded #35104
4/29/20 - Order Approving Employment of Accountant, ECF No. 50, emailed to accountant for his file
4/30/20 - Application to Employ Realtor, Dave Retter, RC Sothebys Realty, ECF No. 51, order uploaded #35143,Order signed and entered 5/8/20, ECF No. 53
6/11/20 - Motion to Sell Real Property Free and Clear, Motion to Shorten Time (10 days), Notice and Notice of Hearing (6/24/20 at 11 am, telephonic), mailed to MML
6/23/20 - Proposed order uploaded, #35553
6/26/20 - Order Granting Chapter 7 Trustee's Motion to Shorten Time and Sell Real Property (ECF No. 62, re 1632 Genoa Lane, emailed to realtor)
7/27/20 - Report of Sale (re 1632 Genoa Lane, ECF No. 63
9/22/20 - Ch 7 Trustee's Motion to Sell Free and Clear (ECF No. 65 re Pasco Lots 1, 2, 3, obj by 10/16/20, hearing set for 10/28/20 at 11:00 am) NOTE: ESTATE IS ENTITLED TO ONLY 1/2 OF THE PROCEEDS
9/23/20 - Joint Motion to Modify Order ECF No 46, mailed to MML, obj by 10/19/20, ECF No 68)
10/20/20 - Orders uploaded
10/20/20 - Motion to Sell Free and Clear re 556 Camy St, ECF No 76, Notice ECF No 77, Notice of Hearing set for 11/17/20 at 11:00 am, obj by 11/13/20, mailed to MML on 10/20/20, Order uploaded #36513
10/23/20 - Order Auth Motion to Sell Free and Clear re Pasco signed and entered, ECF No. 79, emailed to realtor and cascade title
10/23/20 - Order Granting Joint Motion to Modify Order ECF No. 46 signed and entered ECF no. 80, emailed to Carl Oreskovich
11/5/20 - Report of Sale re Pasco Lots (ECF No. 82) - NOTE: ESTATE IS ONLY ENTITLED TO 1/2 OF THE PROCEEDS NOTED IN THE NET TO SELLER
11/19/20 - Order Granting Sale re Camy St, ECF No 86
12/1/20 - Report of Sale (re Camy St, ECF No 87)
1/18/21 - Email sent to debtors former accountant requesting information necessary to prepare final tax turn.
3/31/21 - Claims under review
4/18/21 - Request for court fees filed, $0.00 fees due
4/18/21 - Continuing attempts to obtain information from former accountant. Will be filing a motion to compel.
7/11/21 - Final letter requesting financial information emailed to Mr. Conijn and Mr. Hames, information requested to be provided within 10 days
10/18/21 - Ex Parte Motion for 2004 Exam re financial information previously requested, order uploaded and emailed in WORD format
10/21/21 - Order Granting Motion, ECF No. 99
10/21/21 - Email to Mr. Hames with copy of Order ECF No 99
10/22/21 - Email received from Mr. Hames stating that he had retired at the beginning of the year and "should no longer be the attorney of record on any case I was involved in". Email forwarded to Mr. John OLeary with copy of Order
10/22/21 - Substitution of Counsel And Notice of Change of Firm Name (John O'Leary of Gravis Law represents debtor)
11/2/21 - Responses to 2004 received from Mr. O'Leary. Trustee to review
12/20/21 - Trustee meeting with accountant to review possible tax implications from real properties listed in estate

| | |
|---|---|
| **Case No.:** 19-00577 | **Trustee Name:** (670040) John D. Munding |
| **Case Name:** SOLFERINO HOMES, INC. | **Date Filed (f) or Converted (c):** 03/13/2019 (f) |
| | **§ 341(a) Meeting Date:** 04/30/2019 |
| **For Period Ending:** 03/31/2023 | **Claims Bar Date:** 09/11/2019 |

2/25/22 - Trustee and accountant continue to research market value of real properties when obtained and sold.
6/27/22 - Accountant has completed preparing 2019 and 2020 tax returns. Trustee to review and prepare motion to pay admin expense.
7/27/22 - Motion and Ntc to Pay IRS, Dec of JDM ISO Mtn, mailed to MML, obj by 8/22/22
8/24/22 - Order uploaded re ECF No 103, #39431, emailed to Judge Holt per procedure.
8/26/22 - Order Granting Mtn to Auth re ECF No 103, Order ECF No 108
8/29/22 - Application for Award of Comp re Accountant, $4000, ECF No 109, Ntc ECF No 110, mailed to MML on 8/29/22, obj by 9/22/22
8/30/22 - Distribution to United States Treasury per Order ECF No. 108
9/23/22 - Order re Award of Compensation for Acct uploaded, #39523, order also emailed to proposedorderholt@waeb.uscourts.gov as required
9/23/22 - Order uploaded again per Clerk's office
10/3/22 - Order awarding compensation for Kavadias entered ECF 115
10/19/22 - Notice CP 577 received from Department of the Treasury, dated 10/11/2022, they have issued a new EIN 90-6304381. Case already has TIN so notice is moot.
1/9/23 - Letter mailed to Dept of the Treasury re Notice CP 161 with attachments
1/12/23 - Objections to POCs 6-1, 10-2, 15-1, 16-1, 18-1, 24-2, 38-1, 39-1 and 43-1 filed and mailed to parties interests, obj by 2/14/23, hearing set for 2/16/23 at 10:30 am
1/31/23 - Email response with attachments received from Premier Landscaping. Trustee to review
2/9/23 - Declaration o Kasandra Gorman ISO POC of Fred's Appliance, ECF No 137, request payment of claim in the amount of $18,335.75 as they have already received partial payment on this claim.
2/15/23 - Decl of Trustee RE Objections to POCs, ECF No 138, order to be submitted
2/16/23 - Orders uploaded and email to Judge Holt, #39969, #39970, #39971, #39972, #39973, #39974, #39975, #39976, #39977
2/17/23 - Order re Objections to POCs, ECF No 149
3/9/23 - Letter received from IRS stating they need more time to review letter mailed to them on January 9, 2023
3/27/23 - Interim Application for Award of Attorney for Trustee Comp for period 5/15/19 Through 2/28/23, ECF No 150, ($34,462.50 fees, $3862.59 expenses), Notice ECF No 151, Cert of Services ECF Nos 152 and 153, object by 4/20/23
4/17/23 - Notice from IRS stating they need more time (60 days) to review letter mailed to them on January 9, 2023.
4/21/23 - Order for Attorney for Trustee Compensation uploaded #40191 and emailed in WORD format per requirement

**Initial Projected Date Of Final Report (TFR):** 12/31/2020   **Current Projected Date Of Final Report (TFR):** 08/31/2023

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 19-00577 | Trustee Name: | John D. Munding (670040) |
|---|---|---|---|
| Case Name: | SOLFERINO HOMES, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***8894 | Account #: | ******6900 Checking |
| For Period Ending: | 03/31/2023 | Blanket Bond (per case limit): | $46,566,051.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/15/19 | {5} | Cascade Title Company | Refund of earnest money re Moon transaction | 1110-000 | 15,000.00 | | 15,000.00 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 11.98 | 14,988.02 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 23.95 | 14,964.07 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 23.11 | 14,940.96 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 25.47 | 14,915.49 |
| 07/27/20 | | Cascade Title Company of Benton-Franklin Counties | Per Order ECF No 62 | | 36,835.40 | | 51,750.89 |
| | {8} | Cascade Title Co. | Sale of 1632 Genoa Lane, Richland, WA $226,000.00 | 1110-000 | | | |
| | | Benton County Treasurer | Proration of R/E Taxes $777.15 | 2820-000 | | | |
| | | Westcliffe Heights | HOA Dues $73.44 | 2420-000 | | | |
| | | Badger Mountain Irrigation District | Irrigation assessment proration $158.75 | 2820-000 | | | |
| | | Cascade Title Company | Closing costs -$1,574.43 | 2500-000 | | | |
| | | Sotheby's/ReMax | Realtor Commission -$13,560.00 | 3510-000 | | | |
| | | Benton County Treasurer | Excise Tax -$3,621.00 | 2820-000 | | | |
| | | Benton County Treasurer | Proration of R/E taxes -$3,573.52 | 2820-000 | | | |
| | | Badger Mountain Irrigation District | Irrigation assessment proration -$732.00 | 2820-000 | | | |
| | | Westcliffe Heights | HOA proration -$160.00 | 2420-000 | | | |
| | | Community First Bank | Payoff of first mortgage -$166,952.99 | 4110-000 | | | |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 26.59 | 51,724.30 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 79.91 | 51,644.39 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 88.05 | 51,556.34 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 82.40 | 51,473.94 |
| 11/05/20 | | Cascade Title Company | Per Order ECF No 79 | | 117,970.30 | | 169,444.24 |
| | {5} | Cascade Title | SALE OF 1/2 OF ESTATE INTEREST IN VACANT LOTS $600,000.00 | 1110-000 | | | |

Page Subtotals: $169,805.70  $361.46

{ } Asset Reference(s) ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 19-00577 | Trustee Name: | John D. Munding (670040) |
|---|---|---|---|
| Case Name: | SOLFERINO HOMES, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***8894 | Account #: | ******6900 Checking |
| For Period Ending: | 03/31/2023 | Blanket Bond (per case limit): | $46,566,051.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Franklin County Treasurer | Proration of R/E taxes $1,719.59 | 2820-000 | | | |
| | | Cascade Title | Closing Costs -$1,243.47 | 2500-000 | | | |
| | | Retter & Company Sotheby's | Realtor Commission -$24,000.00 | 3510-000 | | | |
| | | Franklin County Treasurer | Excise Tax -$9,785.00 | 2820-000 | | | |
| | | Community First Bank | Payoff of First Lien -$306,209.11 | 4110-000 | | | |
| | | Franklin County Treasurer | Delinquent R/E taxes -$24,541.42 | 2820-000 | | | |
| | | Moon, LLC | Payment of 1/2 of proceeds to undivided 1/2 interest holder -$117,970.29 | 8500-002 | | | |
| 11/12/20 | {9} | Etter McMahon Lamberson VanWert & Oreskovich PC | Per Order ECF No 80 | 1141-000 | 41,160.04 | | 210,604.28 |
| 11/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 241.92 | 210,362.36 |
| 12/01/20 | | Cascade Title Company | Per Order ECF No 86 | | 92,215.14 | | 302,577.50 |
| | {7} | Cascade Title Co. | Sale of 556 Camy St $408,000.00 | 1110-000 | | | |
| | | Benton County Treasurer | Proration of R/E taxes $481.66 | 2820-000 | | | |
| | | Kennewick Irrigation District | Irrigation Assessment Proration $52.76 | 2820-000 | | | |
| | | Cascade Title Co. | Closing Costs -$1,974.89 | 2500-000 | | | |
| | | Sotheby's/John L. Scott | Realtor commission -$24,480.00 | 3510-000 | | | |
| | | Benton County Treasurer | Excise Tax -$6,533.00 | 2820-000 | | | |
| | | Chad Crithfield | Payoff of First Lien -$62,422.74 | 4110-000 | | | |
| | | Community First Bank | Payoff of 2nd lien -$194,858.32 | 4110-000 | | | |
| | | Kennewick Irrigation District | Irrigation assessment proration -$1,903.73 | 2820-000 | | | |
| | | Benton County Treasurer | Delinquent R/E taxes -$21,056.14 | 2820-000 | | | |
| | | Power Pro Construction LLC | construction -$304.50 | 2420-000 | | | |
| | | | Page Subtotals: | | $133,375.18 | $241.92 | |

{ } Asset Reference(s) ! - transaction has not been cleared

19-00577-WLH7    Doc 157    Filed 04/26/23    Entered 04/26/23 23:26:55    Pg 5 of 9

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 19-00577 | Trustee Name: | John D. Munding (670040) |
|---|---|---|---|
| Case Name: | SOLFERINO HOMES, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***8894 | Account #: | ******6900 Checking |
| For Period Ending: | 03/31/2023 | Blanket Bond (per case limit): | $46,566,051.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Brantingham Heights HOA | HOA fees -$1,380.00 | 2420-000 | | | |
| | | AM Cleaning | Cleaning service -$227.30 | 2420-000 | | | |
| | | City of Richland | Utilities -$1,178.66 | 2420-000 | | | |
| 12/17/20 | | Transfer Debit to People's United Bank acct XXXXXX8064 | Transition Debit to People's United Bank acct XXXXXX8064 | 9999-000 | | 302,577.50 | 0.00 |

|  |  | COLUMN TOTALS |  |  | 303,180.88 | 303,180.88 | $0.00 |
|---|---|---|---|---|---|---|---|
|  |  | Less: Bank Transfers/CDs |  |  | 0.00 | 302,577.50 | |
|  |  | **Subtotal** |  |  | 303,180.88 | 603.38 | |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 | |
|  |  | **NET Receipts / Disbursements** |  |  | $303,180.88 | $603.38 | |

{ } Asset Reference(s) ! - transaction has not been cleared

19-00577-WLH7    Doc 157    Filed 04/26/23    Entered 04/26/23 23:26:55    Pg 6 of 9

# Form 2
## Cash Receipts And Disbursements Record

| | | |  | |
|---|---|---|---|---|
| Case No.: | 19-00577 | Trustee Name: | John D. Munding (670040) | |
| Case Name: | SOLFERINO HOMES, INC. | Bank Name: | People's United Bank | |
| Taxpayer ID #: | **-***8894 | Account #: | ******8064 Checking Account | |
| For Period Ending: | 03/31/2023 | Blanket Bond (per case limit): | $46,566,051.00 | |
| | | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/17/20 | | Transfer Credit from Mechanics Bank acct XXXXXX6900 | Transition Credit from Mechanics Bank acct XXXXXX6900 | 9999-000 | 302,577.50 | | 302,577.50 |
| 12/31/20 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 507.45 | 302,070.05 |
| 01/29/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 467.95 | 301,602.10 |
| 02/26/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 451.16 | 301,150.94 |
| 03/31/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 530.93 | 300,620.01 |
| 04/30/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 481.81 | 300,138.20 |
| 05/28/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 448.97 | 299,689.23 |
| 06/30/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 528.35 | 299,160.88 |
| 07/30/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 479.47 | 298,681.41 |
| 08/31/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 510.62 | 298,170.79 |
| 09/30/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 477.88 | 297,692.91 |
| 10/21/21 | | Transfer Debit to TriState Capital Bank acct XXXXXX1214 | Transition Debit to TriState Capital Bank acct XXXXXX1214 | 9999-000 | | 297,692.91 | 0.00 |
| | | **COLUMN TOTALS** | | | 302,577.50 | 302,577.50 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 302,577.50 | 297,692.91 | |
| | | **Subtotal** | | | 0.00 | 4,884.59 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$4,884.59** | |

{ } Asset Reference(s)     19-00577-WLH7    Doc 157    Filed 04/26/23    Entered 04/26/23 23:26:55    Pg 7 of 9    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-5

| | | |
|---|---|---|
| Case No.: 19-00577 | Trustee Name: | John D. Munding (670040) |
| Case Name: SOLFERINO HOMES, INC. | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: **-***8894 | Account #: | ******1214 Checking Account |
| For Period Ending: 03/31/2023 | Blanket Bond (per case limit): | $46,566,051.00 |
| | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/21/21 | | Transfer Credit from People's United Bank acct XXXXXX8064 | Transition Credit from People's United Bank acct XXXXXX8064 | 9999-000 | 297,692.91 | | 297,692.91 |
| 10/29/21 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 461.21 | 297,231.70 |
| 11/30/21 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 508.14 | 296,723.56 |
| 12/31/21 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 491.42 | 296,232.14 |
| 01/31/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 458.95 | 295,773.19 |
| 02/28/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 442.49 | 295,330.70 |
| 03/31/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 520.71 | 294,809.99 |
| 04/29/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 456.75 | 294,353.24 |
| 05/31/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 456.04 | 293,897.20 |
| 06/30/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 518.21 | 293,378.99 |
| 07/29/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 454.53 | 292,924.46 |
| 08/30/22 | 1000 | United States Treasury | EIN 27-4438894, Form 1041 for the year ended 12/31/20 | 2810-000 | | 18,833.00 | 274,091.46 |
| 08/30/22 | 1001 | United States Treasury | EIN 27-4438894, Form 1041 for the year ended 12/31/19 | 2810-000 | | 4,146.00 | 269,945.46 |
| 08/31/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 516.42 | 269,429.04 |
| 09/30/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 442.87 | 268,986.17 |
| 10/21/22 | 1002 | Jeff Kavadias | Per Order ECF No. 115 | 3410-000 | | 4,000.00 | 264,986.17 |
| 10/31/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 416.74 | 264,569.43 |
| 11/30/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 453.41 | 264,116.02 |
| 12/30/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 423.30 | 263,692.72 |
| 01/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 450.80 | 263,241.92 |
| 02/28/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 393.78 | 262,848.14 |
| 03/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 435.31 | 262,412.83 |
| | | COLUMN TOTALS | | | 297,692.91 | 35,280.08 | $262,412.83 |
| | | Less: Bank Transfers/CDs | | | 297,692.91 | 0.00 | |
| | | Subtotal | | | 0.00 | 35,280.08 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $0.00 | $35,280.08 | |

{ } Asset Reference(s) — transaction has not been cleared

19-00577-WLH7    Doc 157    Filed 04/26/23    Entered 04/26/23 23:26:55    Pg 8 of 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-6

| | | | |
|---|---|---|---|
| **Case No.:** | 19-00577 | **Trustee Name:** | John D. Munding (670040) |
| **Case Name:** | SOLFERINO HOMES, INC. | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***8894 | **Account #:** | ******1214 Checking Account |
| **For Period Ending:** | 03/31/2023 | **Blanket Bond (per case limit):** | $46,566,051.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $303,180.88 |
| Plus Gross Adjustments: | $986,979.16 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $117,970.29 |
| Net Estate: | $1,172,189.75 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******6900 Checking | $303,180.88 | $603.38 | $0.00 |
| ******8064 Checking Account | $0.00 | $4,884.59 | $0.00 |
| ******1214 Checking Account | $0.00 | $35,280.08 | $262,412.83 |
| | $303,180.88 | $40,768.05 | $262,412.83 |

19-00577-WLH7    Doc 157    Filed 04/26/23    Entered 04/26/23 23:26:55    Pg 9 of 9