| Fill in this Information to identify the case: | |
|---|---|
| Debtor 1 | **Solferino** _____ **Inc** |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse, if filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: **Eastern** District of **Washington** (State) | |
| Case number: **19-00577** | |

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $ 7,939.62 |
|---|---|
| Claimant's Name: | Melvin N. Hatcher |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 733 Summit St<br>Richland, WA 99352<br>(509) 531-6303<br>mnhatch0754@hotmail.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- [✔] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- [ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
- [ ] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

- [✔] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 4. Notice to United States Attorney

[✔] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
__Eastern__ District of __Washington__
920 W Riverside Ave. #300
Spokane, WA 99201

### 5. Applicant Declaration
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: February 12, 2024

Signature of Applicant: *[signed]*

Printed Name of Applicant:

Address: Melvin N. Hatcher
733 Summit St
Richland, WA 99352

Telephone: (509) 531-6303

Email: mnhatch0754@ho·

### 5. Co-Applicant Declaration (if applicable)
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:

Signature of Co-Applicant (if applicable):

Printed Name of Co-Applicant (if applicable):

Address:

Telephone:

Email:

### 6. Notarization
STATE OF __Washington__

COUNTY OF __Benton__

This Application for Unclaimed Funds, dated __2/12/24__ was subscribed and sworn to before me this __12th__ day of __February__, 20__24__ by __Melvin N. Hatcher__ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public __Cynthia A Marcear__

My commission expires: __6/8/2026__

CYNTHIA A MARCEAR
STATE OF WASHINGTON
NOTARY PUBLIC
License # 108745
COMMISSION EXPIRES
JUNE 8, 2026

### 6. Notarization
STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public _____

My commission expires: