

| | |
|---|---|
| **BRIAN M. SHEEHAN**<br>Clerk of Court | **(509) 458-5300**<br>www.waeb.uscourts.gov |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

**OFFICE OF THE CLERK**
**904 W. RIVERSIDE AVENUE**
**PO BOX 2164**
**SPOKANE, WA 99210-2164**

March 14, 2024

Sent via USPS and email – whitten@hamtc.net

| Bill and Dianne Whitten<br>1701 Milan Lane<br>Richland, WA 99352 | Bill and Dianne Whitten<br>6215 Westmoreland Lane<br>Pasco, WA 99301 |
|---|---|

RE: Application for Payment of Unclaimed Funds
    Case Number 19-00577-WLH7

Dear Mr./Ms. Whitten,

We received your Application for Payment of Unclaimed Funds. After review, it appears that we are missing required documentation. We need the following information submitted within 30 days:

- ☒ A photocopy of an official government identification card (i.e. Passport, Military ID, or valid and current driver's license) for each claimant.

Failure to submit the required documentation within 30 days will void the application and you will be required to re-apply.

For more information and instructions on how to claim unclaimed funds, you may visit our website at https://www.waeb.uscourts.gov/unclaimed-funds.

Please feel free to contact me if you have questions at 509-458-5300.

Sincerely,

Cassandra Rehn
Case Administrator