So Ordered.

Dated: March 14th, 2024



Whitman L. Holt
Bankruptcy Judge

Form: eoocuf
Rev: 5/19/2021

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

**Solferino Homes, Inc.**
(Debtor)

Case Number: **19−00577−WLH7**

**ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

An Application for Payment of Unclaimed Funds having been filed by Melvin N. Hatcher in the amount of $7,939.62, and the petitioner having provided proof of the right to the funds held by the Court pursuant to 28 U.S.C. § 2042;

IT IS HEREBY ORDERED that the Application for Payment of Unclaimed Funds is GRANTED. No funds shall be disbursed until the appeal period for this order has passed.

///End of Order///