| Fill in this Information to identify the case: | |
|---|---|
| Debtor 1 | SOLFERINO HOMES, INC. |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse, if filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | Eastern District of Washington (State) |
| Case number: | 19-00577WLH7 |

**Form 1340 (12/19)**

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

## 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $ 2077.44 |
|---|---|
| Claimant's Name: | ROYAL ROOFING, INC. |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 1620 E. SUPERIOR ST., PASCO, WA 99301<br>509-547-8475<br>OFFICE@ROYALROOFING.PRO |

## 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- [✔] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [✔] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- [ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
- [ ] Applicant is a representative of the deceased Claimant's estate.

## 3. Supporting Documentation

- [✔] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 4. Notice to United States Attorney

[✔] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Eastern District of Washington
920 W Riverside Ave. #300
Spokane, WA 99201

### 5. Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 04/10/2024

_(signed)_
Signature of Applicant

RIGOBERTO HERNANDEZ
Printed Name of Applicant

Address: 1620 E. SUPERIOR ST., PASCO, WA 99301

Telephone: 509-547-8475

Email: OFFICE@ROYALROOFING.PRO

### 5. Co-Applicant Declaration (if applicable)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

_____
Signature of Co-Applicant (if applicable)

_____
Printed Name of Co-Applicant (if applicable)

Address: _____

Telephone: _____

Email: _____

### 6. Notarization

STATE OF Washington
COUNTY OF Franklin

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this 10th day of April, 20 24 by _(signed)_ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public Adriana Bautista

My commission expires: May 9, 2024

[SEAL: ADRIANA BAUTISTA, Notary Public, State of Washington, Commission # 20105426, My Comm. Expires May 9, 2024]

### 6. Notarization

STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ____ day of _____, 20 ____ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public _____

My commission expires: _____

# U.S. Courts Unclaimed Funds Locator

Court / WAEB

Creditors | 1

Back to Search

| Court | Case | Creditor Name | Debtor Name | Amount |
|---|---|---|---|---|
| WAEB | 19-00577 | Royal Roofing Inc. | Solferino Inc. | $2,077.44 |