**Dated: May 21st, 2024**



Whitman L. Holt
Bankruptcy Judge

Form: eoocuf
Rev: 5/19/2021

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case Number: **19–00577–WLH7** |
| **Solferino Homes, Inc.** (Debtor) | ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS |

An Application for Payment of Unclaimed Funds having been filed by Royal Roofing, Inc in the amount of $2077.44, and the petitioner having provided proof of the right to the funds held by the Court pursuant to 28 U.S.C. § 2042;

IT IS HEREBY ORDERED that the Application for Payment of Unclaimed Funds is GRANTED. No funds shall be disbursed until the appeal period for this order has passed.

///End of Order///